THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Deutsche Bank Trust Company Americas : Case No. 1:11-cv-00358
: Judge: Sandra S. Beckwith
v. : Corporate Disclosure Statement
:
American Electric Power, et al :
:

     Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation."  A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first.  The obligation to disclose any changes will be continuing throughout the pendency of this case.

     In Compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

Please see Exhibit A attached hereto.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporations?

   ___ YES   ✓ NO

   If the answer is YES, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

   ✓ YES   ___ NO

   If the answer is YES, list the identity of such corporation and the nature of the financial interest.
   Ohio National Investments, Inc., advisor

/s/ Jennifer Hurley McGay
Signature of Counsel                              Date   November 21, 2011

"Certificate of Service"

**COUNSEL ARE REMINDED OF THEIR CONTINUING OBLIGATION
TO UPDATE AND SUPPLEMENT THIS STATEMENT**

## **EXHIBIT A**

Ohio National Fund, Inc., which was also incorrectly named in the Complaint as "Ohio Natl Fund, Inc. Strategic Value Portfolio," and as "John Doe, as Owner of Ohio Natl Fund, Inc. Strategic Value Portfolio Ohio National Financial Services"

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2011, a copy of the foregoing was filed electronically through the Court's CM/ECF System.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Gina M. Palmieri
Gina M. Palmieri