**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Deutsche Bank Trust Company Americas, et al.

                            Plaintiff,

                -against-

American Electric Power, et al.

                          Defendant.

1:11 cv 09592 ( RJH )

**MOTION FOR ADMISSION**
**PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I  W. Stuart Dornette , hereby move this Court

for an Order for admission to practice Pro Hac Vice to appear as counsel for Bethesda, Inc., Gertrude K. Chisholm, and the Trust under the Will of Charlene Frost.
in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Ohio

and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:

Respectfully Submitted,

*[signature: William Stuart Dornette]*

Applicant Signature

Applicant's Name:  W. Stuart Dornette

Firm Name:  Taft Stettinius & Hollister LLP

Address:  425 Walnut St., Ste. 1800

City / State / Zip:  Cincinnati, OH  45202

Telephone / Fax:  513-381-2838/513-381-0205

E-Mail:  dornette@taftlaw.com

# The Supreme Court of Ohio

<u>C E R T I F I C A T E</u>

I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys.  I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

William Stuart Dornette

was admitted to the practice of law in Ohio on November 07, 1975; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 30th day of December, 2011.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Attorney Services Specialist*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Deutshe Bank Trust Company Americas, et al.

Plaintiff,

-against-

American Electric Power, et al.

Defendant.

1:11 _cv_ 09592 _ ( RJH )

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The motion of W. Stuart Dornette _____, for admission to

practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

_____ Ohio _____; and that his/her contact information is as follows

(please print):

Applicant's Name: W. Stuart Dornette _____

Firm Name: Taft Stettinius & Hollister LLP _____

Address: 425 Walnut St., Ste 1800 _____

City / State / Zip: Cincinnati, OH  45202 _____

Telephone / Fax: 513-381-2838/513-381-0205 _____

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for
Bethesda Inc., Gertrude K. Chisholm, and the Trust under the Will of Charlene Frost
_____ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above

captioned case in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

immediately apply for an ECF password at  apply for an ECF PASSWORD.

Dated: _____

_____

United States District / Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2012, I will electronically file this Motion for Admission Pro Hac Vice with the Clerk of the Court in the Southern District of Ohio in Case No. 1:11-cv-00358, using the CM/ECF system, which will then send a notification of such filing to all counsel of record who have appeared in this case. And I hereby certify that in the case of defendants for whom counsel has not yet appeared, a copy of this Motion will be sent via United States mail to the defendants at their last known addresses as follows:

Michael D. Schwaiger, As Custodian of
The BALT PN-NTRS S&P
505 King Avenue
Columbus, Ohio  43201

John Doe, as Trustee of the Electrolux
Home Products, Inc. Master Trust
1300 E. 9th Street
Cleveland, Ohio  44114

John Doe, As Administrator of
Labors District Council &
Contractors Pension Fund
800 Hillsdowne Rd.
Westerville, OH  43081

Margaret Mangano, As Trustee of the
Frank J. Mangano GST Non-Tax Exempt
Trust U/A Dates 6/22/94
119 E. State Street
Alliance, OH  44601

The Frank J. Mangano GST Non-Tax
Exempt Trust U/A Dates 6/22/94
119 E. State Street
Alliance, OH  44601

Charles Schwab & Co. Inc.
As Custodian of the
William Effron Katzin IRA Rollover
2477 Guilford Rd.
Cleveland Heights, OH  44118-4103

Loisanne R. Flaherty, As Trustee of the
Louisanne R. Flaherty Trust U/A DTD
09/23/2004
8659 Craigston Ct
Dublin, OH  43017

Louisanne R. Flaherty Trust U/A DTD
09/23/2004
8659 Craigston Ct
Dublin, OH  43017

Thomas P. O'Keefe
1845 Brandwine Dr.
Columbus, OH  43220

Robert R. Cull, As Trustee of the
Robert R. Cull Trust U/A 1/14/98
2023 Lyndway Rd.
Cleveland, Ohio  44121

The Robert R. Cull Trust U/A 1/14/98
2023 Lyndway Rd.
Cleveland, Ohio  44121

Constance Tolbert Yeso
1 South 5th Street
Martins Ferry, OH  43935

Dudley S. Taft
Taft Broadcasting Co.
312 Walnut Street
Cincinnati, OH  45202

RB&W/GAMCO
c/o Elizabeth Boris
6065 Parkland Blvd.
Cleveland, OH  44124

Gail C. Schlang
35845 Old Kinsman Road
Chagrin Falls, OH  44022

Patience Humphrey
18 West Mather Lane
Cleveland, OH  44108

12593420.1

Richard C. Freedman and
Lynda M. Freedman JTWROS
6677 Silver Mound Drive
Mentor, OH  44060


W. Stuart Dornette