```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Deutshe Bank Trust Company Americas, et al.

                Plaintiff,

-against-

American Electric Power, et al.

                Defendant.

1:11 cv 09592 ( RJH )

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of __W. Stuart Dornette__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Ohio__; and that his/her contact information is as follows (please print):

Applicant's Name: __W. Stuart Dornette__

Firm Name: __Taft Stettinius & Hollister LLP__

Address: __425 Walnut St., Ste 1800__

City / State / Zip: __Cincinnati, OH 45202__

Telephone / Fax: __513-381-2838/513-381-0205__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Bethesda Inc., Gertrude K. Chisholm, and the Trust under the Will of Charlene Frost__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at __apply for an ECF PASSWORD__.

Dated: 1/25/12

United States District / Magistrate Judge