### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Consolidated Multidistrict Action |
| TRIBUNE COMPANY FRAUDULENT ) | No. 11-MD-02296 (RJH) ECF CASE |
| CONVEYANCE LITIGATION ) | |
| ---------------------------------------------------- ) | |
| ) | |
| DEUTSCHE BANK TRUST COMPANY ) | |
| AMERICAS, ) | |
| Plaintiff, ) | |
| v. ) | No. 11-CV-03754 (RJH) |
| ) | |
| OHLSON ENTERPRISES, et al., ) | |
| ) | |
| Defendants, ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1.1, defendant, MB Financial Bank, N.A. ("MB Bank"), by and through its attorneys, Dahl & Bonadies, LLC, hereby makes the following disclosures:

MB Bank is a wholly-owned subsidiary of MB Financial, Inc. MB Financial, Inc. is a publicly-held corporation traded on NASDAQ under symbol MBFI.

Plaintiffs have also named "MB Financial Bank N.A. Trust Department" as a defendant; however, "MB Financial Bank N.A. Trust Department" is not a separate entity.

Dated:  January 31, 2012                                Respectfully submitted

JAMES E. DAHL (0568724)                          MB FINANCIAL BANK, N.A.
DAHL & BONADIES, LLC
30 North LaSalle Street
Suite 1500
Chicago, IL 60602                                            By:____/s/ James E. Dahl_____
312/641-3245                                                                Its Attorney
*Jdahl@dahlfirm.com*